Submitted May 4, reversed June 20, 2012

In the Matter of L. G.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## L. G.,
*Appellant.*

Wasco County Circuit Court
1100005MC; A148538

280 P3d 1064

Janie M. Burcart filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

## PER CURIAM

Appellant was committed as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues, among other contentions, that the record does not establish by clear and convincing evidence that she is unable to meet her basic needs because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support an order of involuntary commitment. We agree, accept the state's concession, and reverse.

Reversed.